# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MOHAMMAD BAKHTIARI,**<br><br>Plaintiff,<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC,**<br><br>Defendants. | **Case No.:** 2:24-cv-00754-HDV-E<br><br>*HON. HERNAN D. VERA*<br><br>**ORDER OF JUDGMENT PURSUANT TO RULE 68** |

///

///

///

///

///

///

///

**O**RDER OF

**ORDER OF JUDGMENT**

Pursuant to the Acceptance of Equifax Information Services, LLC's Offer of Judgment, the Court enters an judgment against Defendant Equifax Information Services, LLC in the amount of $45,000.00, which shall be paid to Plaintiff through his counsel in 30 days of this entry of judgment.

_____

HON. HERNAN D. VERA

United States District Judge

Dated: 01/14/25