JS-6

# UNITED STATES DISTRICT COURT
## FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MOHAMMAD BAKHTIARI,** | **Case No.:** 2:24-cv-00754-HDV-E |
| Plaintiff, | *HON. HERNAN D. VERA* |
| v. | **ORDER OF JUDGMENT PURSUANT TO RULE 68** |
| **EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC,** | |
| Defendants. | |

///

///

///

///

///

///

///

ORDER OF

# ORDER OF JUDGMENT

Pursuant to the Acceptance of Trans Union, LLC's Offer of Judgment, the Court enters an interim judgment against Defendant Trans Union, LLC in the amount of $20,000.00, which shall be paid to Plaintiff through his counsel in 30 days of this entry of interim judgment. The parties shall meet and confer regarding fees and costs, and should they be unable to come to an agreement, Plaintiff shall file a motion for attorney's fees and costs no later than 30 days following entry of this interim judgment.

_____
HON. HERNAN D. VERA
United States District Judge

Dated: 01/14/25