**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHAMMAD BAKHTIARI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TRANS UNION, LLC;<br><br>　　　　Defendant. | Case No. 2:24-cv-00754-HDV-E<br><br>**ORDER OF FINAL JUDGMENT PURSUANT TO TRANS UNION'S RULE 68 AND THE PARTIES' STIPULATION TO ATTORNEYS' FEES AND COSTS** |

## ORDER OF FINAL JUDGMENT

Pursuant to Dkt. 89, this Court's Order of Judgment as to Trans Union, and the Stipulation to Plaintiff's Fees and Costs per Trans Union's accepted Rule 68 Offer of Judgment, the Court enters this final judgment against Trans Union in the amount of $20,000.00 in damages, and $75,000.00 in fees and costs, the latter of which shall be paid to Plaintiff's counsel within 45 days of entry of this final judgment.

IT IS SO ORDERED.

Dated: March 27, 2025

Hon. Hernan D. Vera
UNITED STATES DISTRICT JUDGE